**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBIN TRAVALINE,

         Respondent

         v.

SCOTT TRAVALINE,

         Petitioner

: No. 476 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.